## STATE OF CONNECTICUT *v.* RAYMOND HARDY

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 708 (AC 23960), is granted, limited to the following issues:

"1. Does a 'firearm' as defined in General Statutes § 53a-3 (19) require that a shot be discharged by gunpowder?

"2. Does a 'deadly weapon' as defined in General Statutes § 53a-3 (6) require that a shot be discharged by gunpowder?"

The Supreme Court docket number is SC 17324.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided December 8, 2004